**\*E-FILED 3/7/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEYED ALI REJAAISHUSHTARI, | NO. C 07-06173 RS |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

In this action, plaintiff seeks to compel defendants to take action on his I-485 application. It appears the issues raised in the complaint likely are amenable to resolution on summary judgment. The parties are directed, therefore, to file cross-motions for summary judgment for hearing as promptly as practicable.

The Order Setting Initial Case Management Conference and ADR Deadlines entered on December 5, 2007, in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: March 7, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-06173 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Ila Casy Deiss    ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO**:

Seyed Ali Rejaaishushtari
18676 Cox Avenue
Saratoga, CA 95070

**Dated: March 7, 2008**                                **Chambers of Judge Richard Seeborg**

                                                        **By:**     **/s/ BAK**

ORDER
C 07-06173 RS

2