```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                    *E-FILED 6/11/08*
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SEYED ALI REJAAISHUSHTARI, | ) |
|   | ) No. C 07-6173 RS |
| Plaintiff, | ) |
|   | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
|   | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, U.S. Department of | ) |
| Homeland Security; | ) |
| EMILIO T. GONZALEZ, U.S. Citizenship and | ) |
| Immigration Services; | ) |
| GERARD HEINAUER, Director, | ) |
| U.S. Citizenship and Immigration Services; | ) |
| MICHAEL B. MUKASEY, Attorney General; | ) |
| ROBERT S. MUELLER, III, Director, | ) |
| Federal Bureau of Investigations, | ) |
|   | ) |
| Defendants. | ) |
|   | ) |

   Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulation to Dismiss
C07-6173 RS                                    1

1  Each of the parties shall bear their own costs and fees.

2  Dated: June 10, 2008                                    Respectfully submitted,

3                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney

4

5

6                                                          _____/s/_____
                                                           ILA C. DEISS
                                                           Assistant United States Attorney
7                                                          Attorney for Defendants

8

9  Dated: June 10, 2008                                    _____/s/_____
                                                           SEYED ALI REJAAISHUSHTARI
10                                                         *Pro se*

11

12
                                           **ORDER**
13
   Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date: June 11, 2008                                    _____
                                                           RICHARD SEEBORG
17                                                         United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-6173 RS                                                2

# CERTIFICATE OF SERVICE

### Rejaaishushtari v. Chertoff; et al.
### C 07-6173 RS

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**STIPULATION TO EXTEND DISMISS AND [PROPOSED] ORDER**

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

     **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

     **FACSIMILE (FAX)** Telephone No.:_____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

     **FEDERAL EXPRESS**

     **CERTIFIED MAIL**

     **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Seyed Ali Rejaaishushtari, Pro Se
18676 Cox Avenue
Saratoga, CA 95070

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2008 at San Francisco, California.

                          /s/
                  CAROL E. WEXELBAUM
                  Legal Assistant